I. S. SNAPE ET AL. *v.* W. H. SANFORD'S RECEIVER.

[Abstract Kentucky Law Reporter, Vol. 3—760.]

**Liability of Sureties on Bond of Clerk of Court.**

Where money comes to the hands of the clerk of the court by consent of parties, but not under the order of the court and not as an officer, his sureties are not liable on account thereof, but the clerk is individually liable.

APPEAL FROM OWEN CIRCUIT COURT.

April 15, 1882.

OPINION BY JUDGE PRYOR:

It is manifest that the parties entitled to the money in the hands of the clerk could at any time have taken steps to collect it. It was not placed in his hands by any order of court, or if it had been, all the parties being sui juris and in a condition to protect themselves, they must look to others for indemnity and not to the sureties. The clerk is individually liable, whether receiving the money in the one capacity or the other. The statute was a complete bar to the recovery. See *Turner v. Rankin,* 80 Ky. 179, 3 Ky. L. 660.

The judgment is, therefore, *reversed* and cause remanded.

*J. A. Duncan, Green & Lindsay, for appellants.*

*Geo. C. Drane, for appellee.*